Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ANDREIA SANDES DIAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANDREIA SANDES DIAS,<br><br>                    Plaintiff,<br><br>   v.<br><br>KIMBALL, TIREY & ST. JOHN, LLP, a California limited liability partnership; and LISA ANAYA, individually and in her official capacity;<br><br>                    Defendant. | Case No. 5:17-CV-04061-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, ANDREIA SANDES DIAS, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, ANDREIA SANDES DIAS, hereby dismisses, with prejudice, all claims made by her against Defendants, KIMBALL, TIREY & ST. JOHN, LLP, and LISA ANAYA, in her Complaint filed herein on July 19, 2017.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.

                                                CONSUMER LAW CENTER, INC.

Dated:  September 20, 2017                  By: /s/ Fred W. Schwinn
                                                       Fred W. Schwinn, Esq.
                                                         Attorney for Plaintiff
                                                         ANDREIA SANDES DIAS